ROBERTS v. DURHAM COUNTY HOSPITAL CORP.

No. 273PA82.

Case below: 56 N.C. App. 533.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 13 July 1982. Motion of defendants to dismiss appeal for lack of substantial constitutional question denied 13 July 1982.

SELBY v. TAYLOR

No. 321P82.

Case below: 57 N.C. App. 119.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 July 1982.

SHEPHERD v. OLIVER

No. 330P82.

Case below: 57 N.C. App. 188.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

SIMMONS v. C. W. MYERS TRADING POST

No. 281PA82.

Case below: 56 N.C. App. 549.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 13 July 1982.

SMITH v. DICKINSON

No. 279P82.

Case below: 56 N.C. App. 814.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 13 July 1982.